UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DAVID LOGAN II, | ) | NO. CV 17-4277-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN BOSS DAVID DAVIES, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 14, 2017.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE